1  Michael E. Hansen [SBN 191737]
   Attorney-at-Law
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711
   Fax 916.864.1359
4
   Attorney for Defendant
5  SUSAN CASILLAS

6

7              **IN THE UNITED STATES DISTRICT COURT**

8          **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,          )  Case No.: 2:19-CR-00002-JAM
                                       )
11              Plaintiff,             )  **STIPULATION AND ORDER**
                                       )  **MOFIFYING PRETRIAL**
12        vs.                          )  **RELEASE CONDITIONS**
                                       )
13  SUSAN CASILLAS,                    )
                                       )
14              Defendant.             )
                                       )
15  _____    )

16        IT IS HEREBY STIPULATED by and between the parties hereto through their

17  respective counsel, Timothy Delgado, Assistant United States Attorney, attorney for plaintiff,

18  and Michael E. Hansen, attorney for defendant Susan Casillas, to modify the pretrial release

19  conditions for Ms. Casillas, adding the following:

20        1. You must refrain from any use of alcohol or any use of a narcotic drug or other

21           controlled substance without a prescription by a licensed medical practitioner; and

22           you must notify Pretrial Services immediately of any prescribed medication(s).

23           However, medicinal marijuana prescribed and/or recommended may not be used;

24           and,

25        2. You must participate in a program of medical or psychiatric treatment, including

26           treatment for drug or alcohol dependency, as approved by the pretrial services officer.

27           You must pay all or part of the costs of the counseling services based upon your

28           ability to pay, as determined by the pretrial services officer.

                                         1

**Pretrial Release Conditions Modification**

Dated: February 20, 2019

Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
SUSAN CASILLAS

Dated: February 20, 2019

McGREGOR SCOTT
United States Attorney

By: /s/ Michael E. Hansen for
TIMOTHY DELGADO
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court orders modification and addition of pretrial release conditions as follows:

Condition 15. You must refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used.

Condition 16. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

IT IS SO ORDERED.

Dated: February 22, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**Pretrial Release Conditions Modification**