1 | Michael E. Hansen [SBN 191737]
2 | Attorney-at-Law
  | 711 Ninth Street, Suite 100
3 | Sacramento, CA  95814
  | 916.438.7711
4 | Fax 916.864.1359

5 | Attorney for Defendant
  | SUSAN CASILLAS

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:19-cr-00002-JAM-2 |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| vs. | ) |
| SUSAN DANE COSTORIO CASILLAS, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Heiko Coppola, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Susan Casillas, that the previously scheduled judgment and sentencing date of July 25, 2023, be vacated and the matter **reset** for judgment and sentencing on October 31, 2023, at 9:00 a.m.

The parties have conferred with the Probation Office, and the following disclosure schedule will apply:

| | |
|---|---|
| Judgment and Sentencing Date: | October 31, 2023 |
| Reply, or Statement of Non-Opposition: | October 24, 2023 |
| Formal Objections: | October 17, 2023 |
| Final Presentence Report: | October 10, 2023 |
| Informal Objections: | October 3, 2023 |

IT IS SO STIPULATED.

Dated:  June 26, 2023                               Respectfully submitted,

/s/ Michael E. Hansen
MICHAEL E. HANSEN
Attorney for Defendant
SUSAN CASILLAS

Dated:  June 26, 2023                               PHILLIP TALBERT
United States Attorney

By:  /s/ Michael E. Hansen for
HEIKO COPPOLA
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court **ADOPTS** the proposed disclosure schedule, and the matter is **CONTINUED** to **October 31, 2023, at 09:00 a.m**.

IT IS SO ORDERED.

Dated: June 26, 2023                               /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE