Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
SUSAN CASILLAS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>SUSAN CASILLAS,<br><br>　　　　　　　　Defendant. | Case No. 2:19-CR-00002-JAM<br><br>**STIPULATION AND [PROPOSED]　ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITION 11** |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Heiko Coppola, Assistant United States Attorney, attorney for plaintiff; and Michael E. Hansen, attorney for defendant Susan Casillas, that the pretrial release conditions for Susan Casillas be modified as follows:

　　　　1.　　Delete Condition 11-You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

　　　　Pretrial Services initiated the request.  All other conditions remain in effect.

| | |
|---|---|
| Dated:  July 1, 2024 | Respectfully submitted,<br><br>/s/ Michael E. Hansen<br>MICHAEL E. HANSEN<br>Attorney for Defendant<br>SUSAN CASILLAS |
| Dated:  July 1, 2024 | PHILLIP A. TALBERT<br>United States Attorney<br><br>By:  /s/ Michael E. Hansen for<br>HEIKO COPPOLA<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

## **ORDER**

Good cause appearing, it is so ordered.

IT IS SO ORDERED.

Dated:   July 2, 2024                              _____
                                                   JEREMY D. PETERSON
                                                   UNITED STATES MAGISTRATE JUDGE

2

Stipulation and [Proposed] Order for Modification of Pretrial Release Conditions