UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

February 24, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SUSAN DANE COSTORIO CASILLAS,

Defendant.

Case No.  2:19-CR-00002-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  SUSAN DANE COSTORIO CASILLAS,

Case No.  2:19-CR-00002-JAM , Charge 18 U.S.C. § 3606, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

X  (Other):  Defendant released on previously imposed supervised release conditions and the added condition of no in person or physical contact with defendant's boyfriend Caleb Brookins. Defendant's release is delayed until the Court receives written confirmation from Probation that the defendant's boyfriend has moved out of defendant's residence, which the Court has now received.  A No Contact Order is in place between defendant and Mr. Brookins, which prohibits any in-person or physical contact, and

prohibits any communication regarding the alleged Supervised Release violations.

Issued at Sacramento, California on February 24, 2026, at   4:00 PM


By:   _____

Magistrate Judge Chi Soo Kim

2