Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
SUSAN CASILLAS

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>SUSAN CASILLAS,<br><br>                    Defendant. | Case No.: 2:19-CR-00002-JAM<br><br>**STIPULATION AND PROPOSED ORDER MOFIFYING SUPERVISED RELEASE CONDITION** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Heiko Coppolla, Assistant United States Attorney, and Michael E. Hansen, attorney for defendant Susan Casillas, to modify the release condition[1] for Ms. Casillas and, deleting the following:

   No in person or physical contact with the defendant's boyfriend, Caleb Brookins.

   Probation and the government are in accord.

Dated:  May 7, 2026                              Respectfully submitted,

                                                 /s/ Michael E. Hansen
                                                 MICHAEL E. HANSEN
                                                 Attorney for Defendant
                                                 SUSAN CASILLAS

---

[1] The condition was imposed at the February 24, 2026, detention hearing.

1

**Supervised Release Condition Modification**

Dated:  May 7, 2026

ERIC GRANT
United States Attorney

By:  /s/ Michael E. Hansen for
HEIKO COPPOLLA
Assistant U.S. Attorney
Attorney for Plaintiff

## [PROPOSED] ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court orders modification and deletion of the release condition as follows:

No in person or physical contact with the defendant's boyfriend, Caleb Brookins.

IT IS SO ORDERED.

Dated:  May 8, 2026

_____
CHI SOO KIM
United States Magistrate Judge

2

**Supervised Release Condition Modification**